United States Bankruptcy Court for the:

DISTRICT OF MONTANA, BUTTE DIVISION

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **HAVRE EAGLES MANOR** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  EAGLES MANOR**<br>**DBA  EAGLES MANOR HAVRE**<br>**DBA  EAGLES MANOR HAVRE, LLC**<br>**DBA  EAGLES MANOR PROJECT NO 2 COMMUNITY BOAR**<br>**DBA  EAGLES MANOR PROJECT NO. 3, INC.**<br>**DBA  HAVRE EAGLES MANOR, INC.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-0347370** |
| 4. | Debtor's address | **Principal place of business**<br><br>**20 3rd St W**<br>**Havre, MT 59501-3570**<br>Number, Street, City, State & ZIP Code<br><br>**Hill**<br>County | **Mailing address, if different from principal place of business**<br><br>**20 3rd St W**<br>**Havre, MT 59501-3570**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**20 3rd St W Havre, MT 59501-3570**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>■ Other. Specify:   **DOMESTIC NON-PROFIT CORPORATIO** |

Debtor **HAVRE EAGLES MANOR**  
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **HAVRE EAGLES MANOR**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

4:23-bk-40044-BPH    Doc#: 1    Filed: 06/20/23    Page 3 of 7

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor **HAVRE EAGLES MANOR** _____ Case number (*if known*)_____
      Name

☐ $50,001 - $100,000                ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000               ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million             ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | HAVRE EAGLES MANOR | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 20, 2023**
MM / DD / YYYY

X **/s/ RON HARMON**       **RON HARMON**
Signature of authorized representative of debtor      Printed name

Title  **PRESIDENT**

**18. Signature of attorney**

X **/s/ Gary S. Deschenes**      Date **June 20, 2023**
Signature of attorney for debtor      MM / DD / YYYY

**Gary S. Deschenes**
Printed name

**Deschenes & Associates Law Offices**
Firm name

**309 1st Ave N**
**Great Falls, MT 59401-2505**
Number, Street, City, State & ZIP Code

Contact phone  406-761-6112     Email address  gsd@dalawmt.com

**2293**
Bar number and State

# RESOLUTION OF HAVRE EAGLES MANOR

The undersigned, being directors and officers of Havre Eagles Manor, a Montana non-profit corporation, do hereby file and adopt the following resolution:

RESOLVED, THAT THE PRESIDENT OF THE CORPORATION BE, AND IS HEREBY AUTHORIZED, TO PERFORM WHATEVER ACT IS NECESSARY TO RESOLVE THE FINANCIAL SITUATION OF THE CORPORATION, INCLUDING BUT NOT LIMITED TO, FILING A PETITION AND OTHER PAPERS IN BANKRUPTCY FOR PROTECTION UNDER THE BANKRUPTCY ACT.

DATED this 6th day of March, 2023.

_____
Ron Harmon, President

_____
Tiffany Melby, Vice President

_____
Lynda Taplin, Director

_____
Ramona Witt, Director

HAVRE EAGLES MANOR
20 3RD ST W
HAVRE, MT  59501-3570


DESCHENES & ASSOCIATES LAW OFFICES
309 1ST AVE N
GREAT FALLS, MT  59401-2505


HARMON PROPERTIES, LLC
1287 US HIGHWAY 87 W
HAVRE, MT  59501-6728


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346


MONTANA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY
UNIT PO BOX 7701
HELENA, MT  59601-7701


NCP EAST LLC
64 WALL ST STE 212
NORWALK, CT  06850-3403


RAMONA WITT
422 3RD ST APT 1
HAVRE, MT  59501-3671


US BANK
PO BOX 790408
SAINT LOUIS, MO  63179-0408